# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ANGELA M CONNER

       Plaintiff

  v.

                                                        Civil Action No.  1:20-cv-183

PROFESSIONAL MEDICAL BILLING, INC.

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other: <u>Judgment ENTERED for Defendant and against Plaintiff.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady

DATE: 6/16/2022                                             GARY T. BELL, CLERK OF COURT

                                                                by   s/ S. Jarrell_____
                                                                 *Signature of Clerk or Deputy Clerk*